UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED IN COURT
CHARLOTTE, N.C.
MAY 23 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNDER SEAL

Docket No. 5:07cr23

UNITED STATES OF AMERICA

v.

(1) FREDY CONEJO
    also known as "Alfredo Garcia-Pizarro"
    also known as "Rosendo Chavez"
(2) BRIAN DARNELL HENDERSON
    also known as "B"
(3) CHRISTOPHER ROSS KENNERLY
    also known as "Zap"
(4) GREGORY LABRONZE KENNERLY
    also known as "Goober"
(5) CANDICE DENISE IKARD
(6) KATRINA DETTE IKARD

**ORDER SEALING INDICTMENT AND OTHER DOCUMENTS**

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment, the arrest Warrants, the Motion to Seal, and this Order, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Superseding Bill of Indictment, the arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the U.S. Attorney's Office.

So ordered this 23rd day of May 2007.

_____
UNITED STATES MAGISTRATE JUDGE

2