FILED
IN COURT
CHARLOTTE, N. C.

JUN 7 2007

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) FREDY CONEJO<br>　　also known as "Alfredo Garcia-Pizarro"<br>　　also known as "Rosendo Chavez"<br>(2) BRIAN DARNELL HENDERSON<br>　　also known as "B"<br>(3) CHRISTOPHER ROSS KENNERLY<br>　　also known as "Zap"<br>(4) GREGORY LABRONZE KENNERLY<br>　　also known as "Goober"<br>(5) CANDICE DENISE IKARD<br>(6) KATRINA DETTE IKARD | Docket No. 5:07cr23<br><br>**ORDER UNSEALING<br>INDICTMENT** |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order unsealing the Bill of Indictment in the case numbered above; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Bill of Indictment in the above-captioned case be unsealed.

This the 7th day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE